IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON HOLMAN, KAREEM SCOTT-PEDRO;       Plaintiffs, v. WARDEN DAVID HOGUE and DEPUTY WARDEN MATTHEW ROOFNER,       Defendants. | Civil Action No. 11-1269 District Judge Joy Flowers Conti |

## MEMORANDUM ORDER

The above captioned case was initiated on August 30, 2011, and referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On February 15, 2013, the Magistrate Judge filed a report and recommendation (ECF No. 60) recommending that Defendants' Motion for Summary Judgment (ECF No. 54) be granted. Plaintiffs were served with the report and recommendation at their listed addresses and advised that they had until fourteen days to file written objections. No objections have been filed.

After *de novo* review of the pleadings and documents in this case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 8th day of March, 2013:

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendants (ECF. No. 54) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated February 15, 2013 (ECF. No. 60) is **ADOPTED** as the Opinion of the Court.

1

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

Byron Holman
GG3582
SCI Pine Grove
191 Fyock Road
Indiana, PA 15701

Kareem Scott-Pedro
Joseph Coleman Hall
3950 D. Street
Philadelphia, PA 19124